# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Julie Dalton, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-442 PAM/DLM |
| CVS Pharmacy, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**, without costs, disbursements, or attorney's fees to either party.

Date: 6/12/2024                                             KATE M. FOGARTY, CLERK